HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
ROBERT LEE WAYNE PORTUNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-206-JAM |
|---|---|
| Plaintiff, | **MEMO TO CONTINUE STATUS CONFERENCE; ORDER** |
| v. | |
| ROBERT LEE WAYNE PORTUNE, | DATE: July 31, 2018<br>TIME 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |
| Defendant. | |

The parties request that the status conference scheduled for July 31, 2018 be vacated and continued to September 11, 2018 at 9:15 a.m.

The continuance is requested to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 11, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

                                            */s/ Jerome Price*
                                            JEROME PRICE
                                            Assistant Federal Defender
                                            Attorney for ROBERT LEE WAYNE PORTUNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE WAYNE PORTUNE,<br><br>Defendant. | Case No. 2:17-cr-206-JAM<br><br>**ORDER** |

IT IS HEREBY ORDERED, the Court, having reviewed and considered the parties' request, and good cause appearing therefrom, adopts the parties' request in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 11, 2018, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the July 31, 2018 status conference shall be continued until September 11, 2018, at 9:15 a.m.**

Dated: July 30, 2018  /s/ John A. Mendez_____
  HON. JOHN A. MENDEZ
  United States District Court Judge