HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
ROBERT LEE WAYNE PORTUNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT LEE WAYNE PORTUNE, <br><br> Defendant. | Case No. 2:17-cr-206-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** <br><br> DATE: September 11, 2018 <br> TIME  9:15 a.m. <br> JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Robert Portune **that the status conference scheduled for September 11, 2018 be vacated and continued to November 6, 2018 at 9:15 a.m.**

The continuance is requested to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 6, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue the Status Conference                    -1-

Respectfully submitted,

DATED: September 7, 2018         HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Jerome Price*
                                 JEROME PRICE
                                 Assistant Federal Defender
                                 Attorney for ROBERT LEE WAYNE PORTUNE

DATED: September 7, 2018         McGREGOR W. SCOTT
                                 United States Attorney

                                 */s/ Cameron Desmond*
                                 CAMERON DESMOND
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 6, 2018, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the September 11, 2018 status conference shall be continued until November 6, 2018, at 9:15 a.m.**

Dated: September 7, 2018　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge