| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | JEROME PRICE, #282400<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710<br>Jerome_Price@fd.org |

Attorney for Defendant
ROBERT LEE WAYNE PORTUNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-206-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER**<br>**TO CONTINUE STATUS CONFERENCE** |
| v. | |
| ROBERT LEE WAYNE PORTUNE, | DATE: November 6, 2018<br>TIME 9:15 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Robert Portune **that the status conference scheduled for November 6, 2018 be vacated and continued to December 11, 2018 at 9:15 a.m.**

The continuance is requested to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 11, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue the
Status Conference
-1-

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | DATED: November 2, 2018 | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Jerome Price*<br>JEROME PRICE |
| 6 | | Assistant Federal Defender<br>Attorney for ROBERT LEE WAYNE PORTUNE |
| 7 | DATED: November 2, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Cameron Desmond*<br>CAMERON DESMOND |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 11, 2018, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the November 6, 2018 status conference shall be continued until December 11, 2018, at 9:15 a.m.**

Dated: November 2, 2018         /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Court Judge