HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT LEE WAYNE PORTUNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-206-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT & SENTENCING** |
| vs. | |
| ROBERT LEE WAYNE PORTUNE, | Date: May 14, 2019 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Robert Lee Wayne Portune, that the sentencing hearing **may be continued to June 4, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| Proposed Presentence Report Shall be Disclosed to Counsel no later than: | 4/23/19 |
| Informal Objections Due to Probation and Opposing Counsel no later than: | 5/7/19 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 5/14/19 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 5/21/19 |

Stipulation and Order to Continue Judgment and Sentencing and PSR Schedule

-1-

| | | |
|---|---|---|
| Reply or statement of non-opposition: | | 5/28/19 |
| Judgment and Sentencing Date: | | 6/4/19 |

This continuance is requested to allow probation officer additional time to complete interview and prepare report in preparation for the sentencing hearing. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 21, 2019

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ROBERT LEE WAYNE PORTUNE

Date: March 21, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court orders that the proposed presentence report shall be disclosed on April 23, 2019, any informal objections are due on May 7, 2019, the final Pre-Sentence Report shall be disclosed on May 14, 2019, any formal objections are due on May 21, 2019, any replies are due on May 28, 2019, and the sentencing hearing is reset for June 4, 2019 at 9:15 a.m.

IT IS SO ORDERED.

Dated: March 21, 2019 /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge