| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |

Attorneys for Defendant
ROBERT LEE WAYNE PORTUNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-206-JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE PRESENTENCE SCHEDULE** |
| vs. | ) | **AND JUDGMENT & SENTENCING** |
| | ) | |
| ROBERT LEE WAYNE PORTUNE, | ) | Date: July 23, 2019 |
| | ) | Time: 9:15 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Robert Lee Wayne Portune, that the sentencing hearing **may be continued to September 10, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| Proposed Presentence Report Shall be Disclosed to Counsel no later than: | 7/30/19 |
| Informal Objections Due to Probation and Opposing Counsel no later than: | 8/13/19 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 8/20/19 |

Stipulation and Order to Continue Judgment and Sentencing and PSR Schedule

-1-

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/27/19 |
| Reply or statement of non-opposition: | 9/3/19 |
| Judgment and Sentencing Date: | 9/10/19 |

This continuance is requested to allow probation officer additional time to complete interview and prepare report in preparation for the sentencing hearing. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 6, 2019

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ROBERT LEE WAYNE PORTUNE

Date: June 6, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff

1 **O R D E R**

2       The Court, having received and considered the parties' stipulation, adopts the parties'

3 stipulation in its entirety as its order. The Court orders that the proposed presentence report shall

4 be disclosed on July 30, 2019, any informal objections are due on August 13, 2019, the final Pre-

5 Sentence Report shall be disclosed on August 20, 2019, any formal objections are due on August

6 27, 2019, any replies are due on September 3, 2019, and the sentencing hearing is reset for

7 September 10, 2019 at 9:15 a.m.

9 IT IS SO ORDERED.

11 Dated: June 7, 2019                       /s/ John A. Mendez_____
12                                             HON. JOHN A. MENDEZ
                                            United States District Court Judge